IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>RAYBERT DIAZ-MARTINEZ<br>Defendant | CRIMINAL 98-0188CCC |

**O R D E R**

The U.S. Probation Office and the United States shall respond to the Motion Requesting Early Termination of Supervised Release filed by defendant Raybert Díaz-Martínez on October 29, 2004 (docket entry 38) by DECEMBER 3, 2004.

SO ORDERED.

At San Juan, Puerto Rico, on November 18, 2004.

S/CARMEN CONSUELO CEREZO
United States District Judge