IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

RAYBERT DIAZ-MARTINEZ
Defendant

CRIMINAL 98-0188CCC

# O R D E R

Having considered the Motion Requesting Early Termination of Supervised Release filed by defendant Raybert Diaz-Martinez on October 29, 2004 (**docket entry 38**) and the Motion in Response to Court Order filed by U.S. Probation Officer Martín de Santiago (**docket entry 40**)[1] which recommends that the request for early termination be approved, said motion is GRANTED. Accordingly, the term of supervised release of defendant Raybert Díaz-Martínez shall terminate as of the date of this Order pursuant to 18 U.S.C. § 3583(e)(1), and he is hereby discharged from further supervision.

SO ORDERED.

At San Juan, Puerto Rico, on December 9, 2004.

S/CARMEN CONSUELO CEREZO
United States District Judge

---

[1] By Order dated November 18, 2004 (docket entry 39), the Court required the U.S. Probation Office and the United States to respond to defendant's motion by December 3, 2004. Only the U.S. Probation Office submitted its response.